205 SWARTHOUT vs. CIRCUIT JUDGE (Saginaw), No. 13992, 99 M., 347.

To compel respondent to vacate an order made by his predecessor directing an amended return on appeal from Justice Court, and an order made by respondent dismissing the appeal, unless appellants shall make payment of the jury fee left unpaid.

Denied March 20, 1894, with costs.

Held, (1) no application had been made to the respondent to vacate the first named order, and in such case, affirmative action would not be directed, and (2) that the costs which appellant is required to pay included jury fees, and that How. Stat., Sec. 7019, relates to the fees of the justice, and not to the costs recovered by the other party to the suit.

206 PRESTON vs. CIRCUIT JUDGE (Wayne), 54 M., 242.

To compel dismissal of an appeal from Justice Court in a case where the fee of three dollars to be paid to the clerk of the appellate court by the justice on making his return, as prescribed by Act No. 148, of the Laws of 1883, was not paid to the justice but was paid by the appellant to the clerk upon the final return of the justice.

Denied June 24, 1894, on the ground that the court below had discretion to do what was done.